DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
California State Bar No. 107014
Assistant United States Attorney
411 West Fourth Street, Suite 8000
Santa Ana, California 92701
Telephone: (714) 338-3532
Facsimile: (714) 338-3523
E-mail : marcus.kerner@usdoj.gov

Attorneys for Defendant
United States of America

SEND CLOSED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 5 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2005 NOV 29 PM 3:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANDY VU, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | No. SA CV 03-939-AHS(ANx) RECEIPT AND FULL SATISFACTION AND ORDER DISMISSING ACTION |

RECEIPT IS HEREBY ACKNOWLEDGED by plaintiff, Andy Vu and his Attorneys, The Law Offices of L. Andre Lam, of the following designated United States Treasury wire transfer issued pursuant to the Stipulation for Compromise Settlement, entered on or about August 29, 2005.

| Agency I.D. No. | Payable To | Amount |
|---|---|---|
| Z06816395 | The Law Offices of L. Andre Lam, Client Trust Account & Andy Vu | $ 7,750.00 |

DOCKETED ON CM
DEC - 5 2005
BY 039

34

In consideration of the payment of said sum, the within action is hereby dismissed in its entirety with prejudice and without costs.

Dated: 11/18/05

ANDY VU, Plaintiff

Dated: 11-17-05

LAW OFFICES OF L. ANDRE LAM

EDWARD L. SOLOMON, ESQ.

Attorneys for Plaintiff

Dated: 11/23/05

DEBRA WONG YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

MARCUS M. KERNER
Assistant United States Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED:

Dated this ___ day of DEC -5 2005, 2005.

UNITED STATES DISTRICT JUDGE
ALICEMARIE H. STOTLER